STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

NICOLE MARIE CRUZ

-vs-

HARTFORD CASUALTY INSURANCE COMPANY

CA 05 038 S

C.A. NO. 05-0215

LAW DEPARTMENT
JAN 24 '05
RECEIVED

## COMPLAINT

### PARTIES

1. Plaintiff, Nicole Marie Cruz, is at all times relevant hereto an individual residing at 116 Chad Brown Street, 3rd Floor, City of Providence, State of Rhode Island.

2. Defendant, Hartford Casualty Insurance Company, is an insurance company organized under the laws of the State of Connecticut, with the defendant's principal place of business in Hartford, Connecticut, and with sufficient minimum contacts with the State of Rhode Island to make it amenable to suit therein.

### FACTS AND TRAVEL OF THE CASE

3. In or about March of 2004 plaintiff, Nicole Marie Cruz, filed a complaint in the Providence County Superior Court, being Case No. 2004-1146, entitled *Nicole Marie Cruz v. Women & Infants' Hospital of Rhode Island, Growing Family First Impressions, and John Doe Corporation.*

4. On or about March 26, 2004, an amended complaint was filed naming First Impressions Imaging, Inc., as a defendant.

5. The basis of the allegations of the amended complaint were that the defendant intentionally and/or negligently inflicted emotional distress upon the plaintiff. The factual allegations asserted in the complaint that on or about March 16, 2001, the plaintiff, Nicole Marie Cruz, while at the defendant, Women & Infants' Hospital of Rhode Island, gave birth to twin children, one of whom was stillborn and one of whom deceased after five minutes. The complaint further alleged inter alia that the defendant photographed the deceased children and delivered those photographs to the plaintiff with words of congratulations on the face of a number of the photographs of the deceased children. The complaint further alleged that the emotional distress resulted in objectively measurable physical symptoms and mental injury.

6. First Impressions Imaging, Inc., upon notification of the lawsuit, contacted their insurance carrier, Hartford Casualty Insurance Company, and requested defense and indemnification under its special multi-flex policy, Policy No. 65 UUN IP7399, and under its umbrella liability policy, Policy No. 65 RHU IP5060.

7. Correspondence was exchanged between counsel for First Impressions Imaging, Inc., and Hartford Casualty Insurance Company, which correspondence from Hartford Casualty Insurance Company denied any duty to indemnify and denied any duty to defend based upon the allegations of the complaint made by the plaintiff in the underlying action.

8. On November 11, 2004, after Hartford Casualty Insurance Company had refused to defend and indemnify First Impressions Imaging, Inc., which was a wholly owned subsidiary of Pixel Magic Imaging, Inc., First Impressions Imaging, Inc., and Pixel Magic Imaging, Inc., executed a joint tort feasor settlement release and indemnity agreement calling for the payment of One Million ($1,000,000.00) Dollars by First Impressions Imaging, Inc., and Pixel Magic

Imaging, Inc., which were their policy limits in the special multi-flex policy No. 65 UUN IP7399.

9. On the same date, November 11, 2004, First Impressions Imaging, Inc., Pixel Magic Imaging, Inc., and the plaintiff, Nicole Marie Cruz, executed an agreement assigning any and all causes of action that Pixel Magic Imaging, Inc., or First Impressions Imaging, Inc., had against Hartford Casualty Insurance Company for Hartford Casualty Insurance Company's refusal to defend and refusal to indemnify them as regards the underlying lawsuit for negligent and intentional infliction of emotional distress.

COUNT I – DECLARATORY JUDGMENT

10. Plaintiff repeats and incorporates by reference herein Paragraphs 1 through 9 of this complaint.

11. Plaintiff, having received all of the rights of First Impressions Imaging, Inc., and Pixel Magic Imaging, Inc., by virtue of the assignment agreement executed on November 11, 2004, seeks determination pursuant to § 9, Chapter 30, of Rhode Island General Laws, that the defendant wrongfully refused to defend and/or indemnify First Impressions Imaging, Inc., in the underlying action, and that the refusal of the defendant, Hartford Casualty Insurance Company, to defend and/or indemnify constituted an abandonment of the insured under the terms of the policy, and constituted a breach of the contractual obligation under the policy.

12. The plaintiff requests that the court enter a declaratory judgment that the defendant breached its duty to defend and/or indemnify First Impressions Imaging, Inc., for the claims asserted by the plaintiff in the underlying action.

13. The plaintiff requests that the court enter a declaratory judgment in favor of the plaintiff enforcing the settlement agreement entered into between the plaintiff and First Impressions Imaging, Inc., and Pixel Magic Imaging, Inc., against the defendant, Hartford Casualty Insurance Company, pursuant to the law enunciated in *Conanicut Marine Services, Inc. v. Insurance Company of North America*, 511 A.2d 967 (1986).

WHEREFORE, plaintiff, Nicole Marie Cruz, demands judgment against the defendant, Hartford Casualty Insurance Company, in the amount of the terms of the settlement agreement, One Million ($1,000,000.00) Dollars, plus interest and costs.

## COUNT II – BAD FAITH

14. The plaintiff repeats and incorporates by reference herein Paragraphs 1 through 13 of this complaint.

15. On November 11, 2004, the plaintiff and Pixel Magic Imaging, Inc., and First Impressions Imaging, Inc., entered an assignment agreement which assigned to the plaintiff any and all claims or causes of action that Pixel Magic Imaging, Inc., or First Impressions Imaging, Inc., had against Hartford Casualty Insurance Company for Hartford Casualty Insurance Company's refusal to defend and/or indemnify First Impressions Imaging, Inc., or Pixel Magic Imaging, Inc., from the underlying lawsuit.

16. The defendant, Hartford Casualty Insurance Company, has wrongfully and in bad faith breached its agreement under the policies of insurance which it issued to First Impressions Imaging, Inc., and Pixel Magic Imaging, Inc., which called for the defendant, Hartford Casualty Insurance Company, to defend and/or indemnify First Impressions Imaging, Inc., and Pixel

Magic Imaging, Inc., from the complaint filed by the plaintiff, Nicole Marie Cruz, in the underlying Superior Court action.

17. The defendant, Hartford Casualty Insurance Company, has wrongfully and in bad faith refused to pay or settle the plaintiff's claims under the terms of the settlement agreement entered into on November 11, 2004, between the plaintiff and First Impressions Imaging, Inc., and Pixel Magic Imaging, Inc.

WHEREFORE, the plaintiff, Nicole Marie Cruz, demands judgment in a sum sufficient to compensate for the bad faith actions of the defendant, Hartford Casualty Insurance Company, plus interest, costs, and attorneys fees.

NICOLE MARIE CRUZ
By her attorney

Gregory L. Boyer, Esquire #3285
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 490-5534
Fax: (401) 490-5536

DATE: January 14, 2005