UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICOLE MARIE CRUZ,<br>Plaintiff | |
| v. | DOCKET NO: 05-38S |
| HARTFORD CASUALTY INSURANCE COMPANY,<br>Defendant. | |

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant Hartford Casualty Insurance Company, hereby moves that Michael F. Aylward of the law firm of Morrison Mahoney LLP, be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

( ) The case involves the following complex areas of law, in which pro hac vice counsel specializes:

______________________________________.

(X) Pro hac vice counsel's long-standing representation of the client:

______________________________________.

( ) The local trial bar lacks experience in the field of:

______________________________________.

( ) The Case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically:

______________________________________.

( ) The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:

______________________________________.

( ) It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.

______________________________________.

( ) Other: ______________________________________.

Defendant, Hartford Casualty Insurance Company,

By: ______________________
Michael J. Marcello
Attorney for Hartford Casualty Insurance Company

Dated: ________

6

## ATTORNEY'S CERTIFICATE FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the Commonwealth of Massachusetts and the following federal district court bar(s) Massachusetts and New Hampshire without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) 1 am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: Not applicable.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set our in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Michael F. Aylward | Michael J. Marcello, Local Associate Counsel |
| | #5221<br>R.I. Bar ID # |
| Morrison Mahoney LLP<br>Firm Name | Morrison Mahoney LLP<br>Firm Name |
| 250 Summer Street<br>Business Address | One Providence Washington Plaza, 6th Floor<br>Business Address |
| Boston, MA 02210 | Providence, RI 02903 |
| (617) 439-7556 (617) 342-4913<br>Tel. # Fax # | (401) 621-4686 (401) 351-4420<br>Tel. # Fax # |

---

**ORDER:** This motion is hereby ____________________

____________________
U.S. District Judge
Date: ____________________

**CERTIFICATION**

I hereby certify that on the 18th day of February, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Gregory L. Boyer, Esquire
170 Westminster Street, Suite 200
Providence, RI 02903

______________________________