UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICOLE MARIE CRUZ, Plaintiff, | |
| v. | CIVIL ACTION NO: 05-CV-38 |
| HARTFORD CASUALTY INSURANCE COMPANY, Defendant. | |

**DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF ITS MOTION TO TRANSFER VENUE IN EXCESS OF TEN (10) PAGES**

Now comes the Defendant, Hartford Casualty Insurance Company, and hereby moves for leave of Court to submit exhibits in support of its motion to transfer venue in excess of ten pages. Specifically, the defendant's exhibits submitted in support of its motion to transfer do not exceed nineteen (19) pages. The defendant respectfully submits that the nineteen pages are necessary for the court's consideration of the issues raised in the motion relating to the transfer of this action to Texas, and provides a needed reference and framework for the underlying motion, consisting of :

a.) Hartford Casualty Insurance Company's Texas Complaint (8 pages);

b.) Joint Tortfeasor Agreement executed by the plaintiff (7 pages);

c.) Assignment of Rights to Cruz (4 pages).

Respectfully submitted,
**HARTFORD CASUALTY INSURANCE COMPANY,**
By its attorneys,

Michael J. Marcello, Bar No. 5221
**MORRISON MAHONEY LLP**
121 South Main Street, Suite 600
Providence, RI 03904-7141
(401) 331-4660

Dated: March 3, 2005

8

584910v1

**CERTIFICATION**

I hereby certify that on the 7th day of March, 2005, a copy of the foregoing was hand-delivered, to:

Gregory L. Boyer, Esquire
170 Westminster Street, Suite 200
Providence, RI 02903

Katy N Berdugo



584910v1