UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICOLE MARIE CRUZ | : | |
| | : | |
| -vs- | : | C.A. NO. 05-38S |
| | : | |
| HARTFORD CASUALTY INSURANCE COMPANY | : | |
| | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS IN EXCESS OF TEN (10) PAGES IN SUPPORT OF STATEMENT OF ELEMENTS, OBJECTION TO DEFENDANT'S MOTION TO TRANSFER VENUE, AND MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION TO TRANSFER VENUE**

Now comes the plaintiff, Nicole Marie Cruz, and hereby moves for leave of Court to submit exhibits in support of her objection to defendant's motion to transfer venue and statement of elements in excess of ten (10) pages. Specifically, the plaintiff's exhibits submitted in support of her objection to the transfer of venue number thirty (30) pages. The plaintiff respectfully submits that the number of pages are necessary for the Court's consideration of the issues raised and are submitted as follows:

A - Amended complaint in underlying action filed in the Providence County Superior Court, C.A. No. 04-1146. (4 pages).

B - Joint Tortfeasor Settlement Release and Indemnity Agreement. (7 pages).

C - Assignment. (4 pages).

D - Defendant's Cruz's Verified Special Appearance and Subject to Special Appearance, Defendant Cruz's Motion to Quash Service of Process; to Dismiss for Lack of Personal Jurisdiction, Insufficiency of Service of Process and Improper Venue; or, in the

15

Alternative, to Dismiss or Transfer to Proper and More Convenient Venue and supporting affidavit of Nicole Marie Cruz. (11 pages).

E - Letter of December 7, 2004, to Hartford notifying Hartford of the settlement between the plaintiff and the defendant in the underlying action. (2 pages).

F - Affidavit of Nicole Marie Cruz of March 10, 2005. (2 pages).

Respectfully submitted,
NICOLE MARIE CRUZ
By her attorney

GRANTED
William E. Smith
U.S. District Judge
3/23/05

Gregory L. Boyer, Esquire #3285
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 490-5534
Fax: (401) 490-5536

I hereby certify that on the 16th day of March, 2005, I mailed a copy of the above to Michael J. Marcello, Esquire, MORRISON MAHONEY LLP, 121 South Main Street, Suite 600, Providence, RI 02903.