1001-7537

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NICOLE MARIE CRUZ

vs.

HARTFORD CASUALTY INSURANCE COMPANY

**C.A. NO. 05-038S**

RECEIVED
MAR 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**LATE ANSWER STIPULATION**

The defendant, Hartford Casualty Insurance Company, may have up to and including **February 14, 2005** within which to answer plaintiff's complaint.

NICOLE MARIE CRUZ,
By her Attorney,

Gregory L. Boyer, #3285
170 Westminster Street, Suite 200
Providence, RI 02903
Tel: (401) 490-5534
Fax: (401) 490-5536

Dated: 2/4/05

HARTFORD CASUALTY INSURANCE COMPANY,
By its Attorneys,

**MORRISON MAHONEY LLP**

Michael J. Marcello, #5221
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: 2/1/04

12

582896v1

**CERTIFICATION**

I hereby certify that on the 10th day of March, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Gregory L. Boyer, Esquire
170 Westminster Street, Suite 200
Providence, RI 02903

Katy M Berdugo



582896v1