UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICOLE MARIE CRUZ | : |
| | : |
| -vs- | : C.A. NO. 05-38S |
| | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |

**MOTION FOR PERMISSION TO FILE FEDERAL COURT DECISIONS**

Now comes the plaintiff, Nicole Marie Cruz, and herein moves this Honorable Court for an order allowing the plaintiff to file with the Court the Federal Court Report and Recommendation of the Magistrate Judge of June 20, 2005, and the Order and Final Judgment of the Federal Court Judge of the United States District Court for the Western District of Texas, Austin Division, rendered on September 6, 2005, in the collateral matter entitled *Hartford Casualty Insurance Company v. Pixel Magic Imaging, Inc., First Impressions Imaging, Inc., and Nicole Marie Cruz,* Cause No. A-04-CA-1093-LY.

Based upon the decisions, the plaintiff requests that the pending matter now proceed in the United States District Court for the District of Rhode Island.

The plaintiff further requests permission to provide the Court with a copy of the notice of appeal filed in the Texas case by the plaintiff, Hartford Casualty Insurance Company.

NICOLE MARIE CRUZ
By her attorney

Gregory L. Boyer, Esquire #3285
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 490-5534
Fax: (401) 490-5536

I hereby certify that on the 9th day of January, 2006, I mailed a copy of the above to Michael J. Marcello, Esquire, MORRISON MAHONEY LLP, 121 South Main Street, Suite 600, Providence, RI 02903, and Michael F. Aylward, Esquire, MORRISON MAHONEY LLP, 250 Summer Street, Boston, MA 02210.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICOLE MARIE CRUZ | : |
| | : |
| -vs- | : C.A. NO. 05-38S |
| | : |
| HARTFORD CASUALTY INSURANCE COMPANY | : |

**MEMORANDUM IN SUPPORT OF MOTION FOR PERMISSION TO FILE FEDERAL COURT DECISIONS**

This matter commenced as a declaratory judgment action filed by the plaintiff with regard to a settlement reached between the plaintiff and Pixel Magic Imaging, Inc.'s insurance carrier, defendant, Hartford Casualty Insurance Company. The defendant, Hartford, filed a motion to dismiss the within action on the basis that there was a prior action pending in the United States District Court for the Western District of Texas, Austin Division, entitled *Hartford Casualty Insurance Company v. Pixel Magic Imaging, Inc., First Impressions Imaging, Inc., and Nicole Marie Cruz,* Cause No. A-04-CA-1093-LY.

At the time of hearing on the motion to dismiss this Honorable Court ruled that it would defer to the Federal Court in Texas as to whether the matter should proceed in Texas or in the United States District Court for the District of Rhode Island. This Court has been awaiting the determinations of the Federal Court in Texas. On June 20, 2005, a Federal Court Report and Recommendation of the Magistrate Judge was rendered. On September 6, 2005, an Order and Final Judgment of the Federal Court Judge of the United States District Court for the Western District of Texas, Austin Division, was rendered.

The plaintiff wishes to provide these decisions to the Court at the present time in order for this Court to determine whether it should now proceed with the action in the United States District Court for the District of Rhode Island. The plaintiff also requests permission to apprise the Court as to the notice of appeal which was filed by the plaintiff, Hartford Casualty Insurance Company, in the Texas matter.

Respectfully submitted,
NICOLE MARIE CRUZ
By her attorney

Gregory L. Boyer, Esquire #3285
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 490-5534
Fax: (401) 490-5536

I hereby certify that on the 9th day of January, 2006, I mailed a copy of the above to Michael J. Marcello, Esquire, MORRISON MAHONEY LLP, 121 South Main Street, Suite 600, Providence, RI 02903, and Michael F. Aylward, Esquire, MORRISON MAHONEY LLP, 250 Summer Street, Boston, MA 02210.