UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NICOLE MARIE CRUZ,
Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,
Defendant.

CIVIL ACTION NO: 05-38S

**RESPONSE OF DEFENDANT, HARTFORD CASUALTY INSURANCE COMPANY TO PLAINTIFF'S MOTION FOR PERMISSION TO FILE FEDERAL COURT DECISIONS**

Now comes the defendant, Hartford Casualty Insurance Company ("Hartford") and respectfully responds to plaintiff's recent Motion for Permission to File Federal Court Decisions.

Although not indicated in the title of plaintiff's pleading, plaintiff's Motion asks that these proceedings move forward even though the parallel proceedings in Texas are still pending. Any such relief would be contrary to this court's May 20, 2005 Opinion and order denying defendant's Motion to Transfer Venue. At that time, this Court stated that it would defer to Texas, as being the first-filed case,to decide the question of jurisdiction. Although the U.S. District Court for the Western District of Texas has since denied Hartford's motion and granted plaintiff's Motion to Dismiss, those rulings are presently on appeal to the U.S. Court of Appeals for the Fifth Circuit (Hartford Casualty Ins. Co. v. Pixel Magic Imaging, No. 05-51606).

Hartford respectfully suggests, therefore, that in keeping with the logic underlying this Court's order of May 20, 2005, and, in particular, the need to avoid having parallel proceedings with respect to the same claims and issues, further action in this Court is inappropriate until such time as a final non-appealable judgment has been entered in Texas. A copy of the docketed appeal in the Fifth Circuit is attached hereto.

Respectfully submitted,
The defendant,
Hartford Casualty Insurance Company,
By its attorneys,

Michael J. Marcello, Bar No. 5221
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 03904-7141
(401) 331-4660

Dated: January 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2006, I served a copy of the following document:

*Response of the Defendant, Hartford Casualty Insurance Company, to Plaintiff's Motion for Permission to File Federal Court Decisions*

upon the following counsel of record:

Gregory L. Boyer, Esquire
170 Westminster Street, Suite 200
Providence, RI 02903

Michael J. Marcello