[redacted] [redacted]

If you view the full docket, you will be charged for 4 Pages $ 0.32

## US Court of Appeals for the Fifth Circuit
## Case Summary

Court of Appeals Docket #: 05-51606 Filed: 11/23/05
Nsuit: 4110 Contract: Insurance
Hartford Cslty Ins v. Pixel Magic Imaging, et al
Appeal from: Western District of Texas, Austin

Lower court information:
District: 0542-1 : 1:04-CV-1093
Ordering Judge: Lee Yeakel, US District Judge

| | |
|---|---|
| 11/23/05 | Private civil diversity case docketed. NOA filed by Appellant Hartford Cslty Ins. [05-51606] (dms) |
| 12/1/05 | Appearance form filed by William Scott Hastings for Appellant Hartford Cslty Ins. [05-51606] ( No. of forms filed: 1) (lcb) |
| 12/1/05 | Appearance form filed by John H Marks for Appellant Hartford Cslty Ins. [05-51606] ( No. of forms filed: 1) (lcb) |
| 12/7/05 | Appearance form filed by Michael Sean Quinn for Appellee Nicole Marie Cruz. [05-51606] ( No. of forms filed: 1) (lcb) |
| 1/10/06 | Appearance form filed by B Russell Horton for Appellee First Impressions, Appellee Pixel Magic Imaging. [05-51606] ( No. of forms filed: 1) (lcb) |

?

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/13/2006 13:22:40 | | | |
| **PACER Login:** | mm0267 | **Client Code:** | 100007967 |
| **Description:** | dkt summary | **Case Number:** | 05-51606 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |