UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JAN 09 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

NICOLE MARIE CRUZ :
:
-vs- : C.A. NO. 05-38S
:
HARTFORD CASUALTY INSURANCE :
COMPANY :

**MOTION FOR PERMISSION TO FILE FEDERAL COURT DECISIONS**

Now comes the plaintiff, Nicole Marie Cruz, and herein moves this Honorable Court for an order allowing the plaintiff to file with the Court the Federal Court Report and Recommendation of the Magistrate Judge of June 20, 2005, and the Order and Final Judgment of the Federal Court Judge of the United States District Court for the Western District of Texas, Austin Division, rendered on September 6, 2005, in the collateral matter entitled *Hartford Casualty Insurance Company v. Pixel Magic Imaging, Inc., First Impressions Imaging, Inc., and Nicole Marie Cruz,* Cause No. A-04-CA-1093-LY.

Based upon the decisions, the plaintiff requests that the pending matter now proceed in the United States District Court for the District of Rhode Island.

The plaintiff further requests permission to provide the Court with a copy of the notice of appeal filed in the Texas case by the plaintiff, Hartford Casualty Insurance Company.

Plaintiff may file the documents; After review, the Court will determine whether to proceed

WEM
USDJ 1/18/06