UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICOLE MARIE CRUZ | : | |
| | : | |
| -vs- | : | C.A. NO. 05-38S |
| | : | |
| HARTFORD CASUALTY INSURANCE COMPANY | : | |

**PLAINTIFF'S FILING IN ACCORDANCE WITH COURT ORDER OF JANUARY 18, 2006**

Now comes the plaintiff, Nicole Marie Cruz, and files the following in compliance with the Order of the Court of January 18, 2006:

(1) Federal Court Report and Recommendation of the Magistrate Judge of the United States District Court for the Western District of Texas, Austin Division, of June 20, 2005, in the collateral matter entitled *Hartford Casualty Insurance Company v. Pixel Magic Imaging, Inc., First Impressions Imaging, Inc., and Nicole Marie Cruz,* Cause No. A-04-CA-1093-LY.

(2) Order and Final Judgment of the Federal Court Judge of the United States District Court for the Western District of Texas, Austin Division, rendered on September 6, 2005, in the collateral matter entitled *Hartford Casualty Insurance Company v. Pixel Magic Imaging, Inc., First Impressions Imaging, Inc., and Nicole Marie Cruz,* Cause No. A-04-CA-1093-LY.

(3) The defendant, Hartford Casualty Insurance Company, has previously filed a copy of the notice of appeal filed in the Texas case.

NICOLE MARIE CRUZ
By her attorney

Gregory L. Boyer, Esquire #3285
170 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 490-5534
Fax: (401) 490-5536

I hereby certify that on the 20th day of January, 2006, I mailed a copy of the above to Michael J. Marcello, Esquire, MORRISON MAHONEY LLP, 121 South Main Street, Suite 600, Providence, RI 02903, and Michael F. Aylward, Esquire, MORRISON MAHONEY LLP, 250 Summer Street, Boston, MA 02210.