UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICOLE MARIE CRUZ,<br>Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE CO.,<br>Defendant. | ) | C.A. No. 05-38S |

**SCHEDULING ORDER**

After conference with the attorneys in this case, it is ordered as follows:

The parties shall file Cross-Motions for Summary Judgment with respect to the issue of insurance coverage on or before **April 3, 2006**; Reply Memoranda to the Motions for Summary Judgment shall be filed with the Court on or before **April 20, 2006**.

Once the Court issues its decision on the Summary Judgment Motions, the Court will issue a further scheduling order, after conference with the attorneys, to address the remaining issues in the case (if necessary).

IT IS SO ORDERED.

ORDER:

[signature]

Deputy Clerk

ENTER:

[signature]

William E. Smith
United States District Judge

Date: January 26 2006