UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 31 2006
Property of U.S. District Court
District of Rhode Island

NICOLE MARIE CRUZ,
Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,
Defendant.

CIVIL ACTION NO: 05-38S

**DISMISSAL STIPULATION**

Now come the parties in the above-captioned case and hereby agree that this matter may be dismissed with prejudice, no interest, no costs.

NICOLE MARIE CRUZ
By her Attorney,

Gregory L. Boyer, Esquire
170 Westminster Street, Suite 200
Providence, RI 02903

Dated: 3/27/06

HARTFORD CASUALTY INSURANCE COMPANY,
By its Attorneys,

**MORRISON MAHONEY LLP**

Michael J. Marcello, #5221
Michael Aylward, Pro hac counsel
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660
Fax: (401) 351-4420

Dated: 3/30/06

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/4/06

610100v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30 day of March, 2006, a copy of the foregoing Conference Statement was mailed postage prepaid to:

Gregory L. Boyer, Esquire
170 Westminster Street, Suite 200
Providence, RI 02903

Claudia Clouse



610100v1